

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:21-00032-06

MYREO DIXON

ORDER

Upon the United States' Motion to Seal Exhibit, filed December 15, 2021, wherein the Government seeks to seal Government's Exhibit 1 admitted into evidence at the December 14, 2021, pretrial motions hearing, it is ORDERED that the Motion to Seal Exhibit be, and it hereby is, granted and Government's Exhibit 1 is filed under seal.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, and the United States Probation Department.

DATED:   January 24, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge