UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 2:21-00032-06

MYREO DIXON
also known as REO

GUILTY PLEA

In the presence of Mohammed A. Nasser, my counsel, who has fully explained the charges contained in the second superseding indictment against me and, having received a copy of the second superseding indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count One of the nine-count second superseding indictment.

_____                    _____
4/7/2022                                   Myreo Dixon
Date

Witness:

_____
Counsel for defendant